**Order entered October 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00728-CV

### KATHERINE MITCHELL, Appellant

### V.

### DALLAS HOUSING AUTHORITY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03179-E**

## ORDER

The reporter's record in this case is overdue. By postcard dated August 21, 2019, we notified Brooke Wagner, Official Court Reporter for County Court at Law No. 5, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, the reporter's record has not been filed and Ms. Wagner has not corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Brooke Wagner, to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded, or (3) written verification appellant has not requested the reporter's record.[1]   *We notify appellant that*

---

[1] Our records show appellant is entitled to proceed without payment of costs.

*if we receive verification he has not requested the reporter's record we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Mark Greenberg
Presiding Judge
County Court at Law No. 5

Brooke Wagner
Official Court Reporter
County Court at Law No. 5

All parties

/Bill Whitehill/
BILL WHITEHILL
JUSTICE